UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BRENDA WYKE,
    Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

No. 3:07-CV-52
(Phillips/Guyton)

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the objections to the report and recommendation of the magistrate judge filed by plaintiff [Doc. 15] are hereby **OVERRULED**. The report and recommendation [Doc. 14] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

It is **ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the plaintiff's motion for summary judgment [Doc. 10] is **DENIED;** the defendant Commissioner's motion for summary judgment [Doc. 12] is **GRANTED;** the defendant Commissioner's decision in this case denying plaintiff's application for benefits under the Social Security Act is **AFFIRMED;** and this case is **DISMISSED.**

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGEMENT

PATRICIA L. McNUTT, CLERK
BY *a. archer*
DEP. CLERK